CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Greater Appalachian Llama and Alpaca Association, et al
_____
        Plaintiff(s)

Civil Action No. 1:20-cv-03106-TJK

vs.

United States Fish and Wildflife Service, et al
_____
        Defendant(s)

## AFFIDAVIT OF MAILING

I, Brian Stolarz, hereby state that:

On the 2nd day of November, 2020, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Aurelia Skipwith
US Fish & Wildlife Service
Balcones Canyonlands National Wildlife
24518 Fm 1431, Box 1
Marble Falls, TX 78654

I have received the receipt for the certified mail, No. 9414 7266 9904 2103 3784 01 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 5th day of November, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

November 13, 2020                        /s/ Brian Stolarz
(Date)                                                  (Signature)

Return Receipt (Form 3811) Barcode

9590 9266 9904 2103 3784 04

1. Article Addressed to:
US Fish & Wildlife Service
Balcones Canyonlands Nat'l Wildlife
24518 Fm 1431
Box 1
Marble Falls, TX 78654
US

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2103 3784 01

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ USPS
☑ Agent
☐ Addressee

B. Received by (Printed Name): Agent
C. Date of Delivery: NOV 0 5 2020

D. Is delivery address different from item 1?  ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

Domestic Return Receipt