CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Greater Appalachian Llama and Alpaca Association, et al

Plaintiff(s)

vs.

Civil Action No. 1:20-cv-03106-TJK

United States Fish and Wildlife Service, et al

Defendant(s)

## AFFIDAVIT OF MAILING

I, Brian Stolarz, hereby state that:

On the 2nd day of November, 2020, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

US Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240

I have received the receipt for the certified mail, No. 9590 9266 9904 2103 3786 64 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 24th day of November, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

December 2, 2020                               /s/ Brian Stolarz

(Date)                                          (Signature)

Return Receipt (Form 3811) Barcode

9590 9266 9904 2103 3786 64

1. US Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240
US

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2103 3786 61

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

Domestic Return Receipt