JEAN E. WILLIAMS
Acting Assistant Attorney General
Jessica M. Held
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0575
Fax: (202) 305-0506
E-mail: Jessica.Held@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREATER APPALACHIAN LLAMA AND ALPACA ASSOCIATION et al., </br></br>   Plaintiffs, </br></br> v. </br></br> AURELIA SKIPWITH et al., </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> No. 1:20-cv-3106-TJK </br></br> **NOTICE OF LODGING OF ADMINISTRATIVE RECORD** |

Defendants, U.S. Department of Interior et al., hereby provide notice of their lodging of documents comprising the administrative record in the above captioned matter. Defendants' certification of the administrative record is attached as Exhibit 1.

Copies of the administrative record were sent by Federal Express to the Clerk of the Court and Plaintiffs' counsel on April 15, 2021.

April 16, 2021                                                                                Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division

By <u>/s/ *Jessica M. Held*</u>
Jessica M. Held
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0575
Fax: (202) 305-0506
E-mail: Jessica.Held@usdoj.gov

*Attorneys for the United States*