IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER APPALACHIAN LLAMA AND ALPACA ASSOCIATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. FISH AND WILDLIFE SERVICE, et al., )<br>)<br>Defendants. )<br>_____ ) | No. 1:20-cv-3106-TJK |

### Declaration of Nathan Hawkaluk Certifying the Administrative Record

I, Nathan Hawkaluk, hereby declare as follows:

1. I am over 21 years of age, fully competent, and duly authorized to make this declaration.

2. I am the Deputy Refuge Manager for the Arctic National Wildlife Refuge (Arctic Refuge), administered by the U.S. Fish and Wildlife (USFWS), Alaska Region from an office in Fairbanks, Alaska.  My responsibilities relating to the USFWS's prohibition of all domestic sheep, goats, and camelids in the Arctic Refuge included compiling, maintaining, and reviewing relevant documents for inclusion in the Administrative Record.

3. I am familiar with the types of information and documents that are maintained by the USFWS for the aforementioned matter.

4. I have reviewed the index of the Administrative Record submitted herewith, which constitutes the certified list of the contents of the Administrative Record.

5. Upon information and belief, it is hereby certified that the documents annexed and described in the index submitted herewith constitute a true and correct copy of the Administrative Record in this case. All documents are on file in the USFWS's Arctic Refuge office in Fairbanks, Alaska.

6. The foregoing is based upon my personal knowledge. If called upon, I could testify competently as to the matters set forth above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

    Executed this 16th day of April, 2021, in Fairbanks, Alaska.

_____
Nathan Hawkaluk
Deputy Refuge Manager
Arctic National Wildlife Refuge
U.S. Fish and Wildlife Service