**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREATER APPALACHIAN LLAMA AND ALPACA ASSOCIATION et al., ) ) ) ) Plaintiffs, ) ) v. ) ) AURELIA SKIPWITH et al., ) ) Defendants. ) _____) | No. 1:20-cv-3106-TJK |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

The Plaintiffs, Greater Appalachian Llama and Alpaca Association, et al., through counsel, hereby move the Court to amend the parties' scheduling order entered on February 24, 2021, and states the following in support.

Defendants noted the lodging of the Administrative Record in this case on April 16, 2021. *See* ECF No. 21. The Administrative Record was sent to counsel by overnight delivery, and additional time was required to download and provide access to the Plaintiffs. A number of the individual Plaintiffs, who have extensive knowledge of the facts in this case, require additional time to review the Administrative Record and have already identified potentially 25 additional documents to include in the Administrative Record.

Based on the ongoing review and the need to continue to meet and confer with Defendants' counsel regarding the Administrative Record and any potential additions to it, additional time is required. Counsel for the Defendants, Trial Attorney Jessica Held of the United States Department of Justice, Environment and Natural Resources Division, consented to

an additional 60 days for the Administrative Record review process, and all other related case scheduling deadlines.

Therefore, the following amended schedule is requested:

| | |
|---|---|
| Deadline for Plaintiffs to confer with Defendants about contents of Administrative Record | July 13, 2021 |
| If the parties are unable to agree to the contents of the Administrative Record, Plaintiffs' file motion to complete and/or supplement the Administrative Record | August 10, 2021 |
| Defendants file response to Plaintiffs' motion to complete and/or supplement the Administrative Record | August 24, 2021 |
| Plaintiffs' file their reply in support of motion to complete and/or supplement the Administrative Record | August 31, 2021 |
| The parties file a proposed merits briefing schedule within 10 days of the Court's ruling on Plaintiffs' motion to complete and /or supplement the Administrative Record | To be determined |
| If Plaintiffs do not challenge the contents of the Administrative Record, Plaintiffs' motion for summary judgment is due | August 10, 2021 |
| Defendants response and cross-motion for summary judgment is due | September 12, 2021 |
| Plaintiffs' reply in support of its motion and response to Defendants cross-motion is due | September 28, 2021 |
| Defendants reply in support of its cross-motion is due | October 12, 2021 |

May 4, 2021											Respectfully submitted,

/s/ Brian W. Stolarz
Brian W. Stolarz (#466160)
Fox Rothschild LLP
1030 15th Street, N.W.
Suite 380 East
Washington, DC 20005
(202) 461-3100 (telephone)
(202) 461-3102 (facsimile)
E-mail: bstolarz@foxrothschild.com


Nancy E. Halpern *(Pro Hac Vice)*
NJ State Bar No. 041441-2010
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
(609) 844-7404 (telephone)
(609) 896-1469 (facsimile)
E-mail: nhalpern@foxrothschild.com


Patrick M. Kane
N.C. Bar No. 36861
Fox Rothschild LLP
230 N. Elm Street, Suite 1200
P.O. Box 21927 (27420)
Greensboro, NC 27401
(336) 378-5200 (telephone)
(336) 378-5400 (facsimile)
E-mail: pkane@foxrothschild.com

## **CERTIFICATE OF SERVICE**

    I, Brian W. Stolarz, hereby certify that the Consent Motion to Amend Scheduling Order and the proposed Order were filed through CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 4, 2021.

/s/ Brian W. Stolarz
Brian W. Stolarz
