IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER APPALACHIAN LLAMA AND ALPACA ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>AURELIA SKIPWITH, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   No. 1:20-cv-3106-TJK<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND CONSENT MOTION TO AMEND SCHEDULING ORDER

The Plaintiffs, Greater Appalachian Llama and Alpaca Association, *et al.*, by counsel, hereby move the Court to amend the current Scheduling Order entered on May 4, 2021, and state the following in support. This is the second requested amendment to the Scheduling Order.

Defendants Aurelia Skipwith, *et al.*, by counsel, have consented to the proposed revised schedule as set forth herein.

For the past 30 days, the parties have been engaged in discussions to seek a mutually agreed resolution of this matter. The parties had hoped to conclude those discussions by July 30, 2021. Due to a variety of factors, however, the parties were unable to reach a resolution by that date. Discussions are continuing and the parties still hope to be able to resolve this matter. Accordingly, the parties request an extension of the current schedule in order to focus on discussions to resolve the matter without incurring additional expenditure of resources on upcoming litigation tasks.

Therefore, the following amended schedule is requested:

| Deadline for Plaintiffs to confer with Defendants about contents of Administrative Record | August 31, 2021 |
|---|---|

| | |
|---|---|
| If the parties are unable to agree to the contents of the Administrative Record, Plaintiffs file motion to complete and/or supplement the Administrative Record | September 30, 2021 |
| Defendants file response to Plaintiffs motion to complete and/or supplement the Administrative Record | October 14, 2021 |
| Plaintiffs file their reply in support of motion to complete and/or supplement the Administrative Record | October 21, 2021 |
| The parties file a proposed merits briefing schedule within 10 days of the Court's ruling on Plaintiffs' motion to complete and /or supplement the Administrative Record | To be determined |
| If Plaintiffs do not challenge the contents of the Administrative Record, Plaintiffs' motion for summary judgment is due | September 30, 2021 |
| Defendants response and cross-motion for summary judgment is due | November 1, 2021 |
| Plaintiffs reply in support of its motion and response to Defendants cross-motion is due | November 15, 2021 |
| Defendants reply in support of its cross-motion is due | November 29, 2021 |

Dated: August 2, 2021

Respectfully submitted,

*/s/ Robert P. Fletcher*
Robert P. Fletcher (#375543)
Fox Rothschild LLP
2020 K Street, N.W., Suite 500
Washington, DC 20006
(202) 461-3100 (telephone)
(202) 461-3102 (facsimile)
E-mail: rfletcher@foxrothschild.com

Nancy E. Halpern *(Pro Hac Vice)*
NJ State Bar No. 041441-2010
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
(609) 844-7404 (telephone)
(609) 896-1469 (facsimile)
E-mail: nhalpern@foxrothschild.com

124896642.1

Patrick M. Kane
N.C. Bar No. 36861
Fox Rothschild LLP
230 N. Elm Street, Suite 1200
P.O. Box 21927 (27420)
Greensboro, NC 27401
(336) 378-5200 (telephone)
(336) 378-5400 (facsimile)
E-mail: pkane@foxrothschild.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the Second Consent Motion to Amend Scheduling Order and the proposed Order were filed through CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 2, 2021.

*/s/ Robert P. Fletcher*
Robert P. Fletcher