# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER APPALACHIAN LLAMA AND ALPACA ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AURELIA SKIPWITH, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:20-cv-3106-TJK |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Greater Appalachian Llama and Alpaca Association, *et al.*, by counsel, and Defendants Aurelia Skipwith, *et al.*, by counsel, pursuant to Fed. R. Civ. 41(a)(1)(ii), hereby stipulate to a dismissal of this action without prejudice, each party to bear its own costs and attorneys' fees.

Dated: September 20, 2021

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division

By: */s/ Jessica M. Held*
Jessica M. Held
United States Department of Justice
Environmental & Natural Resources Division
Nature Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0575
Fax: (202) 305-0506
E-mail: Jessica.Held@usdoj.com

*Attorneys for the United States*

Respectfully submitted,

*/s/ Robert P. Fletcher*
Robert P. Fletcher (#375543)
Fox Rothschild LLP
2020 K Street, N.W., Suite 500
Washington, DC 20006
(202) 794-1222 (telephone)
(202) 461-3102 (facsimile)
E-mail: rfletcher@foxrothschild.com

Nancy E. Halpern *(Pro Hac Vice)*
NJ State Bar No. 041441-2010
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
(609) 844-7404 (telephone)
(609) 896-1469 (facsimile)
E-mail: nhalpern@foxrothschild.com

        Patrick M. Kane
        N.C. Bar No. 36861
        Fox Rothschild LLP
        230 N. Elm Street, Suite 1200
        P.O. Box 21927 (27420)
        Greensboro, NC 27401
        (336) 378-5200 (telephone)
        (336) 378-5400 (facsimile)
        E-mail: pkane@foxrothschild.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 20, 2021.

*/s/ Robert P. Fletcher*
Robert P. Fletcher